IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| GRAYHAWK HOMES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:11-CV-050-CDL |
| ) | |
| WOODRUFF CONTRACTING CO., LLC, ) | |
| MICHAEL SOCCI, AARON HAMPTON, ) | |
| LEMICA HAMPTON, JOSEF GARDNER, ) | |
| and VALERIE GARDNER, ) | |
| ) | |
| Defendants. ) | |

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff Grayhawk Homes, Inc. hereby dismisses with prejudice its claims in this matter against Defendants Woodruff Contracting Co., LLC, Michael Socci, Aaron Hampton and Lemica Hampton.  Plaintiff Grayhawk Homes, Inc. previously dismissed with prejudice its claims against Defendants Josef and Valerie Gardner.

Defendants Aaron Hampton and Lemica Hampton hereby dismiss with prejudice their counterclaims against Plaintiff Grayhawk Homes, Inc. and dismiss with prejudice their crossclaim against Defendant Woodruff Contracting Company, LLC.

The claims, counterclaims and crossclaims of all parties now have been dismissed with prejudice, and the parties respectfully request that the Court close this matter.

Respectfully submitted this 26th day of April, 2013.

<table>
<tr><td>April 26, 2013</td><td>

**MERCHANT & GOULD, P.C.**

  /s/ Jeffrey D. Blake
Jeffrey D. Blake
Michael I. Krause
191 Peachtree Street, NE
Suite 4300
Atlanta, Georgia 30303-1740
E-mail:  jblake@merchantgould.com
Tel:  404-954-5100

*Attorneys for Plaintiff Grayhawk Homes, Inc.*


**MOORE INGRAM JOHNSON & STEELE, LLP**

  /s/ Alexander T. Galloway III
Alexander T. Galloway III [by JDB w/permission]
Georgia Bar No. 283051
Tammi L. Brown
Georgia Bar No. 717717
*Attorneys for Defendant Woodruff Contracting Co., LLC and Michael Socci*


**WALDREP, MULLIN & CALLAHAN, LLC**

  /s/ Neil J. Callahan
Neal J. Callahan [by JDB w/permission]
P.O. Box 351
Columbus, GA 31902
*Attorney for Defendants Aaron Hampton and Lemica Hampton*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that true and correct copy of the foregoing Stipulated Dismissal With Prejudice was caused to be served on April 26, 2013, upon the following individuals in the manner indicated:

**VIA E-MAIL AND FIRST CLASS MAIL**

Alexander T. Galloway III
Moore Ingram Johnson & Steele, LLP
Emerson Overlook
326 Roswell Street
Marietta, GA 30060

Neal J. Callahan
Waldrep, Mullin & Callahan, LLC
P.O. Box 351
Columbus, GA 31902

**VIA FIRST CLASS MAIL**

Josef & Valerie Gardner
2627 Spring Chapel Court
Midland, GA 31820

    /s/ Jeffrey D. Blake
    Jeffrey D. Blake